ACCEPTED
15-25-00074-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 2:47 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00074-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 2:47:27 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS

**BARON GLOBAL DISTRIBUTORS, LLC,**

*Appellant,*

**v.**

**JON CHARLES SMITH,**

*Appellee.*

On Appeal from the 12th District Court
Walker County, Texas
No. 2230450

## NOTICE OF ADDITIONAL COUNSEL
## AND DESIGNATION OF LEAD COUNSEL FOR APPELLEE

TO THE HONORABLE COURT OF APPEALS:

PLEASE TAKE NOTICE that Appellee, Jon Charles Smith, hereby designates the following counsel as additional appellate counsel:

Nicholas M. Bruno
State Bar No. 24097432
nbruno@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700

Nicholas M. Bruno will act as lead appellate counsel for Appellee, Jon Charles Smith.

Respectfully submitted,

GRIMES & FERTITTA, P.C.

Richard M. Grimes
State Bar No. 00795060
rmgrimes@grimesfertitta.com
1885 Saint James Place, Suite 1330
Houston, TX 77056
Telephone: 713-224-7644

MITHOFF LAW

Richard Warren Mithoff
State Bar No. 14228500
rmithoff@mithofflaw.com
Janie L. Jordan
State Bar No. 11012700
jjordan@mithofflaw.com
500 Dallas Street, Suite 3450
Houston, Texas 77002
Telephone: 713-654-1122

BECK REDDEN, LLP

By:    */s/ Nicholas M. Bruno*
        Nicholas M. Bruno
        State Bar No. 24097432
        nbruno@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone: 713-951-3700

LAW OFFICES OF BENNIE D. RUSH, P.C.

Bennie D. Rush
State Bar No. 17400425
bennie@bdrushlaw.com
1300 11th Street
Huntsville, Texas 77340
Telephone: 936-295-0700

**Attorneys for Appellee, Jon Charles Smith**

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025 a true and correct copy of the foregoing notice has been electronically filed and served on all counsel of record.

*/s/ Nicholas M. Bruno*
Nicholas M. Bruno

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Crochet on behalf of Nicholas Bruno
Bar No. 24097432
jcrochet@beckredden.com
Envelope ID: 100661468
Filing Code Description: Other Document
Filing Description: Notice of Additional Counsel and Designation of Lead Appellate Counsel for Appellee
Status as of 5/9/2025 2:53 PM CST

Associated Case Party: JonCharlesSmith

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicholas Bruno | | nbruno@beckredden.com | 5/9/2025 2:47:27 PM | SENT |
| Richard Grimes | 795060 | rmgrimes@grimesfertitta.com | 5/9/2025 2:47:27 PM | SENT |
| Richard Mithoff | 14228500 | rmithoff@mithofflaw.com | 5/9/2025 2:47:27 PM | SENT |
| Janie Jordan | 11012700 | jjordan@mithofflaw.com | 5/9/2025 2:47:27 PM | SENT |
| Bennie Rush | 17400425 | bennie@bdrushlaw.com | 5/9/2025 2:47:27 PM | SENT |

Associated Case Party: Baron Global Distributors, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Paul Paschal | 24065878 | jpaschal@hmp-attorneys.com | 5/9/2025 2:47:27 PM | SENT |
| Justin Lipe | 24083401 | jlipe@grayreed.com | 5/9/2025 2:47:27 PM | SENT |